

**MEISTER SEELIG & FEIN LLP**

ATTORNEYS AT LAW
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535
www.meisterseelig.com

Howard Davis
*Partner*
Direct (212) 655-3585
Fax (646) 539-3684
hd@msf-law.com

February 13, 2017

*Via ECF*
The Honorable P. Kevin Castel
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 11D
New York, NY 10007-1312

      Re:    *Zunzorovski v. Jacaranda Club, LLC et al.*, **Case No. 16-cv-10038 (PKC)**

Dear Judge Castel:

We write on behalf of all parties in the referenced action (the "Action") in response to the Court's February 10, 2017 order denying the parties' application for a stay of the Action and all upcoming deadlines. We write to provide additional detail and discussion related to the parties' request to stay.

In July 2010 plaintiff, Alexander Zunzorovski ("Plaintiff"), entered into an agreement to arbitrate all claims in connection with his employment with Jacaranda Club, LLC d/b/a Sapphire ("Agreement"), which Agreement covers all claims asserted in the Action.

Following the commencement of the Action, the undersigned presented the Agreement to Plaintiff's counsel. Rather than requiring that Defendants make a motion to dismiss and or stay and compel arbitration pursuant to the Federal Arbitration Act, Plaintiff's counsel advised that Plaintiff would consent to the Court staying the Action while the parties proceeded in arbitration. The procedure in this Circuit following a court's granting of a motion to compel arbitration is generally to stay the proceedings, rather than dismiss. *See Katz v. Cellco P'ship*, 794 F.3d 341, 345, 346 (2d Cir.), *cert. denied*, 136 S. Ct. 596, 193 L. Ed. 2d 471 (2015). Therefore, the parties hereby respectfully request that the Court stay the Action and all upcoming deadlines while the parties proceed in arbitration.

CONNECTICUT        NEW JERSEY        CALIFORNIA        MASSACHUSETTS



Respectfully submitted,

Howard Davis

cc: Counsel of record (via ECF)